UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-CV-21946-UU

**VICTOR ARIZA**,

    Plaintiff,

vs.

**KITH TREATS, LLC, a foreign limited
liability company,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

    DATED:  June 12, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

        By    *s/ Roderick V. Hannah*
                RODKERICK V. HANNAH
                Fla. Bar No. 435384

## Service List

Roderick V. Hannah, Esq.
**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com
(*via CM/ECF)*

Pelayo M. Duran, Esq.
**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com
(*via CM/ECF*)

Kith Treats LLC
c/o Kristin J. Achterhof, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
Email:  kristin.achterhof@katten.com
525 West Monroe Street
Chicago, IL  60601
(312) 902-5296
(Via e-mail)