## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21946-UU

VICTOR ARIZA,

    Plaintiff,

v.

KITH TREATS, LLC,

    Defendant.

_____/

### ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice (the "Stipulation"). D.E. 11. The Court having considered the Stipulation and the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation is approved, and this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with each party bearing its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this _7th_ day of July, 2020.

                                          _____
                                          URSULA UNGARO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record